No. 24-1274

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

MELANIE HOEG, *et al.*,

Petitioners-Appellees,

vs.

SAMSUNG ELECTRONICS AMERICA, INC.,

Respondent-Appellant.

Appeal from the United States District Court for the Northern District of Illinois

## PETITIONERS-APPELLEES' MOTION FOR LEAVE TO FILE LATE STATEMENT OF POSITION PURSUANT TO THE COURT'S MARCH 18, 2024 ORDER

| | |
|---|---|
| ROBBINS GELLER RUDMAN<br> & DOWD LLP<br>STUART A. DAVIDSON<br>DOUGLAS S. WILENS<br>MARK DEARMAN<br>LINDSEY H. TAYLOR<br>ALEXANDER C. COHEN<br>225 N.E. Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>Telephone: 561/750-3000 | MILBERG COLEMAN BRYSON<br> PHILLIPS GROSSMAN, PLLC<br>GARY M. KLINGER<br>227 West Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Telephone: 866/252-0878<br><br>MILBERG COLEMAN BRYSON<br> PHILLIPS GROSSMAN, PLLC<br>JONATHAN B. COHEN<br>3833 Central Avenue<br>St. Petersburg, FL 33713<br>Telephone: 813/699-4056 |

*Counsel for Petitioners-Appellees*

Pursuant to Fed. R. App. P. 26(b), Petitioners-Appellees Melanie Hoeg, *et al.* (collectively, "Appellees"),[1] respectfully request leave to file a late Statement in response to the Court's Order of March 18, 2024 directing the parties to file "statements of position within 14 days of a decision" in *Wallrich v. Samsung Elecs. Am., Inc.*, No. 23-2842, --- F.4th ---, 2024 WL 3249646 (7th Cir. July 1, 2024).

On July 1, 2024, this Court issued a decision in *Wallrich* such that the parties' statements of position were due July 15, 2024. Counsel for Appellees inadvertently missed this deadline. The deadline was not calendared in counsel's docketing system and appears to be a clerical oversight. Upon receiving an electronic copy of Samsung's position statement, counsel for Appellees investigated, identified the error, and promptly submitted Appellees' position statement. To Appellees' knowledge, granting this request will not unduly prejudice Samsung or cause undue delay.[2] Appellees apologize to the Court for this error.

---

[1] Petitioners are 806 individuals who initiated arbitration proceedings against Respondent-Appellant Samsung Electronics America, Inc. ("Samsung").

[2] Petitioners inquired whether Samsung opposes this motion. Samsung states it "takes no position on Appellees' motion except to request that if the Court grants Appellees leave to file their statement late, Samsung be granted an opportunity to file a brief response because Appellees' late filing gives them the unfair and prejudicial benefit of first reviewing Samsung's response."

For these reasons, Appellees respectfully request leave to file the late Statement.

DATED: July 16, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
DOUGLAS S. WILENS
MARK DEARMAN
LINDSEY H. TAYLOR
ALEXANDER C. COHEN

/s/ *Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
dwilens@rgrdlaw.com
mdearman@rgrdlaw.com
ltaylor@rgrdlaw.com
acohen@rgrdlaw.com

MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC
GARY M. KLINGER
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866/252-0878
gklinger@milberg.com

MILBERG COLEMAN BRYSON
 PHILLIPS GROSSMAN, PLLC
JONATHAN B. COHEN
3833 Central Avenue
St. Petersburg, FL 33713
Telephone: 813/699-4056
jcohen@milberg.com

Attorneys for Petitioners-Appellees

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

                                                    */s/ Stuart A. Davidson*
                                                           Stuart A. Davidson